**Opinion issued November 16, 2023**



**In The**

# Court of Appeals

**For The**

# First District of Texas

_____

## NO. 01-23-00835-CV

_____

## IN RE GENESIS MARINE, LLC AND GENESIS ENERGY, LLC, Relators

---

**Original Proceeding on Petition for Writ of Mandamus**

---

## MEMORANDUM OPINION

On November 8, 2023, relators Genesis Marine LLC and Genesis Energy LLC filed a petition for writ of mandamus challenging the trial court's October 3, 2023 order compelling discovery responses within seven days.[1] We deny the petition.

## PER CURIAM

Panel consists of Chief Justice Adams and Justices Landau and Rivas-Molloy.

---

[1] The underlying case is *Donald R. Menefield v. Genesis Marine, LLC and Genesis Energy, LLC*, cause number 2021-19883, pending in the 270th District Court of Harris County, Texas, the Honorable Dedra Davis presiding.